DOUGLAS MITCHELL, ATTORNEY AT LAW
100 CHURCH STREET
SUITE 8000
NEW YORK, NY 10007
646.389.0689
douglas@lawyermitchell.com

July 5, 2022

*Plaintiff shall provide all required releases to Defendant by August 5, 2022.  The initial pretrial conference currently scheduled for July 14, 2022 at 11:00 a.m. is adjourned to August 18, 2022 at 4:00 p.m. and will proceed telephonically with the dial-in information previously provided.*

**BY ECF**

Honorable Lewis J. Liman
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

7/7/2022

RE: Lacen et al v. NYC, et al 21 Civ. 7371 (LJL)

Your Honor,

Please accept this letter as a reply to defendant's motion to compel. I respectfully request a brief extension to of time to submit all required releases to defendant. I have had some difficulty obtaining the signed releases but have since made progress and I anticipate providing the signed releases before month's end.

I apologize for any inconvenience caused and thank you for your consideration of my request.

Respectfully submitted
Douglas Mitchell, Attorney at Law
/s/*Douglas Mitchell*
Attorney for Plaintiffs