**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
MILDRED LACEN, et al.,

                              Plaintiffs,

        -against-                                   21 **CIVIL** 7371 (JHR)

                                                      <u>**JUDGMENT**</u>

CITY OF NEW YORK, et al.,

                           Defendants.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated on the record at the June 30, 2023 conference, and in the Court's Order of Dismissal dated July 18, 2023, Plaintiffs have failed to show good cause for their failure to oppose Defendant's motion to dismiss the Amended Complaint. In light of the foregoing, the above-captioned action is hereby dismissed, albeit without prejudice, for abandonment and failure to prosecute pursuant to Rule 41 of the Federal Rules of Civil Procedure, and for substantially the reasons set forth in Defendant's memorandum of law in support of its motion to dismiss to the Amended Complaint, see ECF No. 24. Any pending motions are moot. Judgment is entered in favor of Defendant City of New York. Accordingly, the case is closed.

**Dated:**  New York, New York

      July 18, 2023

                                               **RUBY J. KRAJICK**

                                             _____

                                             **Clerk of Court**

**BY:**

                                             _____

                                             **Deputy Clerk**